640

404 A.2d 1357

Commonwealth v. Shockley, Appellant.

Submitted December 6, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

404 A.2d 1357

Commonwealth v. Taliaferro, Appellant.

Petition for Allowance of Appeal Denied August 26, 1980.

Submitted September 15, 1978. Thomas F. Reilly, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.